IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cv-1060-MMM-JEH |
| ROB JEFFREYS, in his official capacity as director of the Illinois Department of Corrections, | ) |
| Defendant. | ) |

**NOTICE OF SUPPLEMENTAL FACTS IN
SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff submits the following supplemental facts in support of her motion for a preliminary injunction.

1. On Friday, October 4, 2019, plaintiff's counsel filed a motion for a preliminary injunction on plaintiff's behalf.

2. At some point over the weekend, Ms. Monroe tried to kill herself. She was taken to an outside hospital for treatment for her injuries.

3. Ms. Monroe's counsel learned about this suicide attempt during a phone call on Monday, October 7, 2019.

4. Ms. Monroe remains in isolation at Logan, on crisis watch.

Respectfully submitted,

**JANIAH MONROE**

By: /s/ Elizabeth Mazur
 One of her attorneys

Alan Mills
Elizabeth Mazur
Nicole Schult
Uptown People's Law Center
4413 N. Sheridan
Chicago, IL 60640
(773) 769-1411

Sheila A. Bedi
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 E. Chicago Avenue
Chicago, IL 60611
(312) 503-1271

## CERTIFICATE OF SERVICE

      I, Elizabeth Mazur, certify that I served a copy of this notice on all counsel of record who have appeared in this matter via the CMECF system.

                                              /s/ Elizabeth Mazur